UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                   )
SOVEIDA QUINTERO and               )
CARLOS QUINTERO,                  )
                                                   )
     Plaintiffs,                      )
                                                   )
v.                                                     )     Case No. 1:10-cv-10308-EFH
                                                   )
WELLS FARGO BANK, N.A. and  )
HSBC BANK USA, N.A., as trustee for  )
WFASC HOME EQUITY ASSET-BACKED  )
CERTIFICATES, SERIES 2007-1,      )
                                                 )
     Defendants.                    )
_____)

**STIPULATION EXTENDING TIME FOR DEFENDANTS, WELLS FARGO BANK, N.A. AND HSBC BANK USA, N.A., AS TRUSTEE FOR WFASC HOME EQUITY ASSET-BACKED CERTIFICATES, SERIES 2007-1 TO RESPOND TO COMPLAINT**

Plaintiffs, Soveida Quintero and Carlos Quintero ("<u>Plaintiffs</u>") and Defendant, Wells Fargo Bank, N.A. ("<u>Wells Fargo</u>") and HSBC Bank USA, N.A., as trustee for WFASC Home Equity Asset-Backed Certificates, Series 2007-1 (the "<u>Trust</u>", and together with Wells Fargo, "<u>Defendants</u>"), stipulate that Defendant is provided an extension of time up to and including <u>March 5, 2010</u> at 5:00 p.m. to respond to Plaintiffs' Complaint.

**[SIGNATURES ON FOLLOWING PAGE]**

| | |
|---|---|
| Soveida Quintero and Carlos Quintero, by their attorneys, | Wells Fargo Bank, N.A. and HSBC Bank USA, N.A., as trustee for WFASC Home Equity Asset-Backed Certificates, Series 2007-1, by their attorneys, |
| */s/ Meyer Potashman* | |
| Meyer Potashman (BBO# 560487) | |
| Greater Boston Legal Services | */s/ Sean R. Higgins* |
| 197 Friend St. | Sean R. Higgins (BBO# 659105) |
| Boston, MA 02114 | sean.higgins@nelsonmullins.com |
| p. 617-603-1632 | Nelson Mullins Riley & Scarborough LLP |
| f. 617-371-1222 | One Boston Place |
| mpotashman@gbls.org | Boston, Massachusetts 02108 |
| | p.  (617) 573-4700 |
| Date: March 2, 2010 | f.  (617) 573-4710 |
| | Date: March 2, 2010 |

## CERTIFICATE OF SERVICE

I, Sean R. Higgins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: March 2, 2010                             */s/ Sean R. Higgins*